# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> v. <br> LEE ELBAZ, a/k/a "Lena Green," <br> Defendant. | Criminal Action No. TDC-18-0157 |
| UNITED STATES OF AMERICA, <br> v. <br> LIORA WELLES, a/k/a "Lindsay Cole," a/k/a "Lindsay Taylor," a/k/a "Lindsay Wells," <br> Defendant. | Criminal Action No. TDC-18-613 |
| UNITED STATES OF AMERICA, <br> v. <br> YAIR HADAR, a/k/a "Steven Gold," <br> Defendant. | Criminal Action No. TDC-19-108 |
| UNITED STATES OF AMERICA, <br> v. <br> SHIRA UZAN, a/k/a "Emily Laski," <br> Defendant. | Criminal Action No. TDC-18-608 |
| UNITED STATES OF AMERICA, <br> v. <br> AUSTIN SMITH, a/k/a "John Ried," <br> Defendant. | Criminal Action No. TDC-19-87 |
| UNITED STATES OF AMERICA, <br> v. <br> LISSA MEL, a/k/a "Monica Sanders," <br> Defendant. | Criminal Action No. TDC-18-571 |

## **ORDER**

AND NOW, upon consideration of Motion by the United States for Additional Time to Identify Victims for Purposes of Restitution, it is hereby **ORDERED** that the Government's

Motion is **GRANTED**.  The government is **ORDERED** to provide a restitution schedule by November 7, 2019.

Dated:

                                    BY THE COURT:

                                    _____
                                    **HONORABLE THEODORE D. CHUANG**
                                    *Judge, United States District Court*